The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SARA ANN WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ICMA-RC SERVICES, LLC dba MISSIONSQUARE,<br><br>    Defendant. | Case No. 3:23-cv-5488<br><br>**SECOND STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: JUNE 29, 2023** |

## SECOND STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Sara Ann Walker and Defendant ICMA-RC Services, LLC submit this stipulated motion to extend the deadline for Defendant to respond to the Complaint (Dkt. No. 1-1). In support of this motion, the parties state as follows:

1. Plaintiff commenced this action in the Superior Court of Washington, County of Thurston on April 26, 2023 (the "State Court Action") and served Defendant with the Summons and Complaint on April 28, 2023.

2. The Parties agreed to extend Defendant's deadline to respond to the Complaint in the State Court Action to July 3, 2023.

3. On May 30, 2023, Defendant removed the State Court Action to this Court.

4. Pursuant to Federal Rule of Civil Procedure 81(c), Defendant's deadline to respond to the Complaint was initially June 6, 2023, which was 7 days from the date of removal.

5. On June 2, 2023, the parties stipulated and agreed to extend the deadline for Defendant to respond to the Complaint to July 3, 2023, as previously agreed in the State Court Action. (Dkt. No. 8, 9).

6. Defendant has informed Plaintiff that she has named the incorrect entity as defendant in this suit.

7. Plaintiff has requested that Defendant provide documentation to verify the correct entity to be named as defendant. Upon such verification, Plaintiff intends to substitute defendants in this action.

8. As such, the parties are working diligently to address this issue, but need additional time to resolve it.

9. The parties stipulate and agree to extend the deadline for Defendant to respond to the Complaint from July 3, 2023, to August 10, 2023.

10. The parties do not seek a further extension of the initial case deadlines set by the Court. (Dkt. No. 7).

NOW THEREFORE, the parties hereby respectfully request that the Court extend Defendant's deadline to respond to the Complaint to August 10, 2023.

STIPULATED TO AND DATED this 29th day of June, 2023.

Second Stipulated Motion and Order To Extend Defendant's Deadline To Respond to Complaint - 2 Case No. 3:23-cv-05488-BHS

Mayer Brown LLP
333 South Grand Avenue, Suite 47th Floor
Los Angeles, CA  90071-1575

MAYER BROWN LLP

By: */s/Robert C. Double III*
Robert C. Double III WSBA #55833
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
rdouble@mayerbrown.com
Telephone: (213) 229-9500
*Attorneys for Defendant*

CAP CITY LAW PS

By: /s/ Katherine M. Brosius
Katherine M. Brosius, WSBA #59222
2401 Bristol Court SW, Suite A-103
Olympia, WA 98503
Telephone: (360) 705-1335
*Attorneys for Plaintiff*

Second Stipulated Motion and Order To Extend Defendant's Deadline To Respond to Complaint - 2 Case No. 3:23-cv-05488-BHS

Mayer Brown LLP
333 South Grand Avenue, Suite 47th Floor
Los Angeles, CA  90071-1575

# ORDER

It is so ORDERED.

Dated this 30th day of June, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Second Stipulated Motion and Order To Extend Defendant's Deadline To Respond to Complaint - 2 Case No. 3:23-cv-05488-BHS

Mayer Brown LLP
333 South Grand Avenue, Suite 47th Floor
Los Angeles, CA  90071-1575