Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARA ANN WALKER,

                Plaintiff,

v.

ICMA-RC SERVICES LLC dba MISSIONSQUARE,

                Defendant.

No. 3:23-cv-05488-BHS

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: AUGUST 10, 2023

## THIRD STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Sara Ann Walker and Defendant ICMA-RC Services, LLC submit this stipulated motion to extend the deadline for Defendant to respond to the Complaint (Dkt. No. 1-1). In support of this motion, the parties state as follows:

1. Plaintiff commenced this action in the Superior Court of Washington, County of Thurston on April 26, 2023 (the "State Court Action") and served Defendant with the Summons and Complaint on April 28, 2023.

2. The Parties agreed to extend Defendant's deadline to respond to the Complaint in the State Court Action to July 3, 2023.

3. On May 30, 2023, Defendant removed the State Court Action to this Court.

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT (Case No. 3:23-cv-05488-BHS) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

4.       Pursuant to Federal Rule of Civil Procedure 81(c), Defendant's deadline to respond to the Complaint was initially June 6, 2023, which was 7 days from the date of removal.

5.       On June 2, 2023, the parties stipulated and agreed to extend the deadline for Defendant to respond to the Complaint to July 3, 2023, as previously agreed in the State Court Action. (Dkt. No. 8, 9).

6.       On June 29, 2023, the parties stipulated and agreed to extend the deadline for the Defendant to respond to the Complaint to August 10, 2023. (Dkt. No. 13.)

7.       As previously noted, Defendant informed Plaintiff that she has named the incorrect entity as defendant in this suit.

8.       Defendant provided documentation to verify the correct entity to be named as defendant.

9.       The parties are working diligently to address this issue but need additional time.

10.      The parties have agreed to swap out the defendants and will be filing a signed stipulation to this effect shortly.

11.      The parties further stipulate and agree to extend the deadline for Defendant to respond to the Complaint from August 10, 2023, to September 11, 2023.

12.      The parties further stipulate and agree to extend the initial case deadlines set by the Court (Dkt. No. 7) as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | September 25, 2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | October 9, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | October 23, 2023 |

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT (Case No. 3:23-cv-05488-BHS) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

NOW THEREFORE, the parties hereby respectfully request that the Court extend Defendant's deadline to respond to the Complaint to September 11, 2023.

I certify that this memorandum contains 366 words, in compliance with the Local Civil Rules.

STIPULATED TO AND DATED this 10th day of August, 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Anna F. Cavnar
Anna F. Cavnar, WSBA No. 54413

By: s/ Ai-Li Chiong-Martinson
Ai-Li Chiong-Martinson, WSBA No. 53359

600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax: (206) 624-5128
Email: acavnar@mcnaul.com
achiongmartinson@mcnaul.com

*Attorneys for Defendant*

CAP CITY LAW PS

By: 
Katherine M. Brosius, WSBA No. 59222

2401 Bristol Court SW, Suite A-103
Olympia, Washington 98503
Phone: (360) 705-1335
Fax: (360) 570-2038
Email: jessica@capcitylawps.com
katie@capcitylaw.ps.com

*Attorneys for Plaintiff*

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT (Case No. 3:23-cv-05488-BHS) – Page 3

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

It is so ORDERED.

Dated this 14th day of August, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

THIRD STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT (Case No. 3:23-cv-05488-BHS) – Page 4

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816