The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

SARA ANN WALKER,

Plaintiff,

v.

ICMA-RC SERVICES, LLC dba MISSIONSQUARE,

Defendant.

Case No. 3:23-cv-05488-BHS

**STIPULATED MOTION AND ORDER TO SWAP ENTITIES TO THE INTERNATIONAL CITY MANAGEMENT ASSOCIATION RETIREMENT COMPANY, D/B/A MISSIONSQUARE RETIREMENT**

**NOTE ON MOTION CALENDAR: August 29, 2023**

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Sara Ann Walker and Defendant ICMA-RC Services, LLC submit this stipulated motion to substitute the named Defendant to be named The International City Management Association Retirement Company, d/b/a MissionSquare Retirement. In support of this motion, the parties state as follows:

1. Plaintiff commenced this action in the Superior Court of Washington, County of Thurston on April 26, 2023 (the "State Court Action") and served Defendant with the Summons and Complaint on April 28, 2023.

2. In their motion to remove this action to Federal Court, counsel for the Defendant have alleged that the proper defendant is The International City Management Association Retirement Company, d/b/a MissionSquare Retirement.

Stipulated Motion and Order To Swap Entities to The International City Management Association Retirement Company, D/B/A MissionSquare Retirement - 1
Case No. 3:23-cv-05488-BHS

Cap City Law PS
2401 Bristol Court SW
Olympia, WA 98502

3.     Counsel for the Defendant requested that Counsel for the Plaintiff acquiesce to this substitution of Defendant.

4.     Counsel for Defendant represents that the correct Defendant in this action is The International City Management Association Retirement Company d/b/a MissionSquare.

5.     Whereby, the parties stipulate and agree that the named defendant shall be swapped to be The International City Management Association Retirement Company, d/b/a MissionSquare Retirement.

NOW THEREFORE, the parties hereby respectfully request that the Court substitute The International City Management Association Retirement Company, d/b/a MissionSquare Retirement as Defendant in place of ICMA-RC Services, LLC d/b/a MissionSquare.

I certify that this memorandum contains 210 words, in compliance with the Local Civil Rules.

STIPULATED TO AND DATED this 29th day of August, 2023.

MAYER BROWN LLP

By: *s/ Ai-Li Chiong-Martinson*
Ai-Li Chiong-Martinson, WSBA No. 53359

600 University Street, Suite 2700
Seattle, Washington 98101
Phone:   (206) 467-1816
Fax:     (206) 624-5128
Email:   acavnar@mcnaul.com
         achiongmartinson@mcnaul.com

*Attorneys for Defendant*

CAP CITY LAW PS

By: *s/ Katherine M. Brosius*
Katherine M. Brosius, WSBA #59222
2401 Bristol Court SW, Suite A-103
Olympia, WA 98503
Telephone: (360) 705-1335
*Attorneys for Plaintiff*

Stipulated Motion and Order To Swap Entities to The International City Management Association Retirement Company, D/B/A MissionSquare Retirement - 2
Case No. 3:23-cv-05488-BHS

Cap City Law PS
2401 Bristol Court SW
Olympia, WA 98502

**ORDER**

It is so ORDERED.

Dated this 30th day of August, 2023.

BENJAMIN H. SETTLE
United States District Judge

Stipulated Motion and Order To Swap Entities to The International City Management Association Retirement Company, D/B/A MissionSquare Retirement - 3
Case No. 3:23-cv-05488-BHS

Cap City Law PS
2401 Bristol Court SW
Olympia, WA 98502