Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARA ANN WALKER,

                Plaintiff,

    v.

THE INTERNATIONAL CITY MANAGEMENT ASSOCIATION RETIREMENT COMPANY, D/B/A MISSIONSQUARE RETIREMENT,

                Defendant.

No. 3:23-cv-05488-KKE

SECOND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE

**SECOND STIPULATED MOTION**

Plaintiff Sara Ann Walker and Defendant The International City Management Association Retirement Company, d/b/a MissionSquare Retirement (collectively, "the Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

1. On August 18, 2023, the Parties filed a Third Stipulated Motion and Order to Extend Defendant's Deadline to Respond to Complaint (Dkt. No. 17). As part of the stipulation, the Parties agreed to extend the deadline for initial disclosures to October 9, 2023.

2. Counsel for the Parties have conferred and agree that additional time is necessary to complete the initial disclosures and enable client consultation and review.

2ND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE (Case No. 3:23-cv-05488-KKE) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

The parties agree to a two-week extension, such that initial disclosures will be due on October 23, 2023. No party will be prejudiced by the stipulated-to extension of time, nor will it affect the existing case schedule.

3. It is, therefore, STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties in the above-captioned action, that the parties shall have up to and including October 23, 2023, to prepare and serve their initial disclosures.

IT IS SO STIPULATED.

DATED this 9th day of October, 2023

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Ai-Li Chiong-Martinson*
    Anna F. Cavnar, WSBA No. 54413
    Ai-Li Chiong-Martinson, WSBA 53359
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax: (206) 624-5128
    Email: acavnar@mcnaul.com
           achiongmartinson@mcnaul.com

MAYER BROWN LLP

By: *s/ Xitlaly Estrada*
    Andrew J. Demko (admitted PHV)
    John Nadolenco (admitted PHV)
    Xitlaly Estrada (admitted PHV)
    333 S. Grand Ave., Ste. 4700
    Los Angeles, CA 90071-1575
    Phone: (621) 621-3965
    Email: ademko@mayerbrown.com
    jnadolenco@mayerbrown.com
    xestrada@mayerbrown.com

*Attorneys for Defendant The International City Management Association Retirement Corporation, d/b/a MissionSquare Retirement*

CAP CITY LAW PS

By: *s/ Jessica McKeegan Jensen*
    Jessica McKeegan Jensen,
    WSBA No. 29969
    2401 Bristol Court SW, Suite A-103
    Olympia, WA 98503
    Phone: (360) 705-1335
    Email: jessica@capcitylawps.com

*Attorneys for Plaintiff Sara Ann Walker*

2ND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE (Case No. 3:23-cv-05488-KKE) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## ORDER

The Court GRANTS the parties' stipulated motion (Dkt. No. 30). The parties shall have up to and including October 23, 2023, to prepare and serve initial disclosures, under Rule 26(a)(1).

DATED this 10th day of October, 2023.

Kymberly K. Evanson
United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Ai-Li Chiong-Martinson*
    Anna F. Cavnar, WSBA No. 54413
    Ai-Li Chiong-Martinson, WSBA No. 53359
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax: (206) 624-5128
    Email: acavnar@mcnaul.com
        achiongmartinson@mcnaul.com

MAYER BROWN LLP

By: *s/ Xitlaly Estrada*
    Andrew J. Demko (admitted pro hac vice)
    John Nadolenco, (admitted pro hac vice)
    Xitlaly Estrada, (admitted pro hac vice)
    333 S. Grand Ave., Ste. 4700
    Los Angeles, CA 90071-1575
    Phone: (621) 621-3965
    Email: ademko@mayerbrown.com
        jnadolenco@mayerbrown.com
        xestrada@mayerbrown.com

2ND STIPULATED MOTION AND ORDER TO EXTEND INITIAL DISCLOSURES DEADLINE (Case No. 3:23-cv-05488-KKE) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816